```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JEROME E. MATTHEWS
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant JOHN DOE aka Gilberto Aguilar
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   No. CR-4 07 70434 WDB
                                     )
12              Plaintiff,           )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING HEARING DATE
13      vs.                          )
                                     )
14  JOHN DOE aka Gilberto Aguilar,   )
                                     )
15              Defendant.           )
    _____)
16
```

17    This matter presently is scheduled for preliminary hearing or arraignment on September

18 19, 2007. The defense has requested additional discovery from the government, including

19 immigration files, that will shed light on some unanswered questions raised by the charged

20 offense. The government believes that it will take two to three weeks to obtain the requested

21 file(s).

22    IT IS THEREFORE STIPULATED AND AGREED that preliminary hearing or

23 arraignment may be continued to October 17, 2007, at 10:00 a.m. The parties agree that

24 postponement of the date for preliminary hearing or arraignment is justified by the defendant's

25 need to complete its investigation in contemplation of resolving the case prior to indictment

26

STIP/ORD                                1

1
2      SO STIPULATED.

3                                                    /S/
4  Dated: September ____, 2007      _____
                                    CHINHAYI COLEMAN
5                                   Assistant United States Attorney

6
                                                     /S/
7  Dated:  September 17, 2007       _____
                                    JEROME E. MATTHEWS
8                                   Assistant Federal Public Defender

9
   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
10 "conformed" signature (/S/) withing this e-filed document.

11

12
       Good cause appearing therefor, IT IS ORDERED that the date for preliminary hearing or
13
   arraignment in this matter be continued to October 17, 2007, at 10:00 a.m. for the reasons set
14
   forth in the foregoing stipulation.
15

16
   Dated: September ___, 2007        _____
17                                   WAYNE D. BRAZIL
                                     United States Magistrate Judge
18

19

20

21

22

23

24

25

26

STIP/ORD                                    2