1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JOHN DOE aka Gilberto Aguilar
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 4-07-70434 WDB
                                     )
12               Plaintiff,          )   STIPULATION AND ORDER
                                     )   CONTINUING HEARING DATE
13  vs.                              )
                                     )
14  JOHN DOE aka Gilberto Aguilar,   )
                                     )
15               Defendant.          )
    _____)
16

17      This matter presently is scheduled for preliminary hearing or arraignment on September

18  19, 2007. The defense has requested additional discovery from the government, including

19  immigration files, that will shed light on some unanswered questions raised by the charged

20  offense. The government believes that it will take two to three weeks to obtain the requested

21  file(s).

22      IT IS THEREFORE STIPULATED AND AGREED that preliminary hearing or

23  arraignment may be continued to October 17, 2007, at 10:00 a.m. The parties agree that

24  postponement of the date for preliminary hearing or arraignment is justified by the defendant's

25  need to complete its investigation in contemplation of resolving the case prior to indictment

26

STIP/ORD                              1

1
2        SO STIPULATED.

3                                                    /S/
4   Dated: September ____, 2007         _____
                                        CHINHAYI COLEMAN
5                                       Assistant United States Attorney

6
                                                     /S/
7   Dated:  September 17, 2007          _____
                                        JEROME E. MATTHEWS
8                                       Assistant Federal Public Defender

9
    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
10  "conformed" signature (/S/) withing this e-filed document.

11

12
         Good cause appearing therefor, IT IS ORDERED that the date for preliminary hearing or
13
    arraignment in this matter be continued to October 17, 2007, at 10:00 a.m. for the reasons set
14
    forth in the foregoing stipulation.
15

16
    Dated: September 18 , 2007          _____
17                                      WAYNE D. BRAZIL
                                        United States Magistrate Judge
18

19

20

21

22

23

24

25

26


STIP/ORD                                       2