

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

| | |
|---|---|
| *Ronald V. Dellums Federal Building* | *(510) 637-3924* |
| *1301 Clay Street, Suite 340S* | |
| *Oakland, California  94612-5217* | *FAX:(510) 637-3724* |

October 30, 2007

VIA HAND DELIVERY

Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street, 3rd Floor
Oakland, CA 94612

      Re:    United States v. John Doe (aka Gilberto Aguilar,
               aka Alberto Aguilar Gutierrez) 07-70434 (WDB)

Dear Judge Brazil:

      I have enclosed a copy of a proposed Plea Agreement and related Information in the above-referenced matter.  The defendant is scheduled for a change of plea on Thursday, November 1, 2007, at 10:00 a.m.

                Very truly yours,

                SCOTT N. SCHOOLS
                United States Attorney


By:              /s/
                CHINHAYI J. COLEMAN
                Assistant United States Attorney


cc: Jerome Matthews, AFPD

Attachment